ELECTRONICALLY FILED
Superior Court of California,
County of Imperial
05/05/2023 at 12:44:56 PM
By: Marissa Moran, Deputy Clerk

1  Mark S. Posard (SBN: 208790)
   mposard@grsm.com
2  Jennifer M. Holly (SBN: 263705)
   jholly@grsm.com
3  Heather T. Daiza (SBN: 323272)
   HDAIZA@GRSM.COM
4  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
5  Los Angeles, CA 90071
   Telephone: (213) 576 5000
6  Facsimile: (213) 680-4470

7  Attorneys for Defendants, NATIONAL EWP, INC.,
   SIMON JOHNSON, and KEVIN SIMPSON
8

9
                    SUPERIOR COURT OF CALIFORNIA
10
                        COUNTY OF IMPERIAL          '23CV0835 JM    WVG
11
   MICHAEL MARTINEZ, an individual, and  ) CASE NO. ECU002809
12 JUAN SANCHEZ, an individual, on behalf of )
   themselves,                            ) **DEFENDANTS' ANSWER TO**
13                                        ) **COMPLAINT**
                   Plaintiffs,            )
14                                        ) Complaint Filed: 03/10/2023
       vs.                                ) Dept: 9
15                                        ) Judge: L. Brooks Anderholt
   NATIONAL EWP, INC., a Nevada           )
16 corporation, SIMON JOHNSON, an         )
   individual, KEVIN SIMPSON, an individual, )
17 and DOES 1 through 20, inclusive,      )
                                          )
18                                        )
                   Defendants.            )
19

20

21      Defendants NATIONAL EWP, INC., SIMON JOHNSON, and KEVIN SIMPSON

22 ("Defendants"), hereby answer the Complaint by Plaintiffs MICHAEL MARTINEZ and JUAN

23 SANCHEZ ("Plaintiffs") as follows:

24                          **AFFIRMATIVE DEFENSES**

25      Pursuant to California Code of Civil Procedure section 431.30(d), Defendants deny

26 generally each and every material allegation of Plaintiffs' unverified Complaint, and the cause

27 of action contained therein. Defendants further deny, generally and specifically, that Plaintiffs

28 suffered any injury or damage whatsoever as a result of the alleged conduct of Defendants, or

-1-
**DEFENDANTS' ANSWER TO COMPLAINT**

that Plaintiffs are entitled to any relief against Defendants whatsoever as a result of Defendants' alleged conduct.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

Defendants assert that Plaintiffs' Complaint, and each purported cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

### (Laches/Waiver/Estoppel/Unclean Hands)

Defendants assert that Plaintiff's Complaint is barred by the doctrines of laches, waiver, estoppel, and/or unclean hands.

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Defendants assert that Plaintiffs have failed to exercise reasonable care and diligence to mitigate his damages, if any, and is therefore barred from recovering such damages.

### FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Defendants allege that the causes of action stated in the Complaint are barred by applicable state and federal statutes of limitations.

### FIFTH AFFIRMATIVE DEFENSE

### (After-Acquired Evidence)

Defendants assert that Plaintiffs' Complaint, including the damages prayed for therein, is barred and/or limited by the doctrine of "after-acquired evidence."

### SIXTH AFFIRMATIVE DEFENSE

### (No Ratification)

Defendants assert that they did not engage in any unlawful conduct towards Plaintiffs. However, if the Court or trier of fact determines that unlawful conduct by any agent or employee of Defendants occurred, such conduct was neither authorized nor ratified by Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

Defendants allege that the Complaint, or any cause of action alleged therein, fail due to Plaintiffs' failure to timely and/or completely exhaust all administrative remedies as required by law, including those provided by internal administrative processes, external administrative procedures, and other statutory authority under FEHA.

## EIGHTH AFFIRMATIVE DEFENSE

### (Legitimate Business Reasons)

Defendants assert if, and to the extent that it made any adverse employment decisions with respect to Plaintiffs, those decisions were reasonable in response to a legitimate business necessity; taken in good faith and based upon good cause for legitimate business reasons and/or pursuant to the terms of applicable laws and regulations; and fell within the legitimate exercise of managerial discretion, and therefore cannot provide any basis for recovery of the damages claimed in Plaintiffs' Complaint.

## NINTH AFFIRMATIVE DEFENSE

### (Same Decision)

Defendants allege that Plaintiffs' Complaint, and each purported cause of action set forth therein, fails because Defendants would have made the same decision to terminate or constructively discharge Plaintiffs' employment with or without Plaintiffs' or Defendants' alleged actions for legitimate, independent reasons.

## TENTH AFFIRMATIVE DEFENSE

### (Business Necessity/Job Relatedness)

Defendants allege that its employment practices are lawful because it is necessary for its business to operate safely and sufficiently, and the employment practice substantially accomplishes that business purpose.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Mixed Motive)

Defendants allege that even if Plaintiffs produce sufficient evidence to show that

retaliation was a substantial motivating factor in Defendants' personnel decision(s), which Defendants contends Plaintiffs cannot do, Defendants would have the same decision(s) with respect to Plaintiffs' employment solely for legitimate, non-discriminatory, non-retaliatory reasons. Consequently, Defendants reserve the right to allege that Plaintiffs' claims and damages are barred by the mixed motives and analysis/defense.

## RESERVATION OF RIGHTS

Defendants reserve the right to allege other affirmative defenses as they may arise during the course of discovery.

WHEREFORE, Defendants pray for judgment as follows:

1. That this action be dismissed in its entirety, with prejudice.
2. That judgment be entered in favor of Defendants and against Plaintiffs.
3. That Defendants be awarded the costs of suit and attorneys' fees incurred herein.
4. For such and other further relief as this Court may deem just and proper.

Dated: May 5, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Jennifer M. Holly
Mark S. Posard
Jennifer M. Holly
Heather T. Daiza
Attorneys for Defendants
NATIONAL EWP, INC.,
SIMON JOHNSON, and KEVIN SIMPSON

In Re: *Martinez, et al. v. National EWP, Inc., et al.*
Imperial Superior Court Case Number ECU002809

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANTS' ANSWER TO COMPLAINT**

[X] **Only by Electronic Transmission**: In compliance with California Rule of Court, Emergency Rule 12 Related to COVID-19 we will only by e-mailing the document(s) to the persons at the e-mail address(es) listed.

Jonathan P. LaCour, Esq.
Lisa Noveck, Esq.
Jameson Evans, Esq.
Amanda M. Thompson, Esq.
EMPLOYEES FIRST LABOR LAW P.C.
1 S. Fair Oaks Avenue, Suite 200
Pasadena, California 91105

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 5, 2023 at Castro Valley, California.

Danielle Brodit-Terry

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-5-
**DEFENDANTS' ANSWER TO COMPLAINT**